1
2
3                    UNITED STATES  DISTRICT COURT
4                      Northern District of California
5
6    JENNIFER SMITH,
                                          No.  C12-1751 MEJ
7                     Plaintiff,
              v.                          **ORDER RE: SETTLEMENT**
8
     DIVERSIFIED COLLECTION SERVICES,
9    INC.,
10                    Defendant.
     _____/
11
12         The Court is in receipt of Plaintiff Jennifer Smith's Notice of Settlement, filed August 24,

13   2012.  Good cause appearing, the Court GRANTS Plaintiff's request to vacate all pending deadlines.

14   The parties shall file a joint stipulation for dismissal or joint status report by September 28, 2012.

15         **IT IS SO ORDERED.**

16

17   Dated: August 24, 2012

18                                        _____
                                          Maria-Elena James
19                                        Chief United States Magistrate Judge

20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California