UNITED STATES DISTRICT COURT

Northern District of California

JENNIFER SMITH,

              Plaintiff,

  v.

DIVERSIFIED COLLECTION SERVICES, INC.,

              Defendant.
_____/

No.  C12-1751 MEJ

**ORDER RE: SETTLEMENT**

The Court is in receipt of Plaintiff Jennifer Smith's Notice of Settlement, filed August 24, 2012.  Good cause appearing, the Court GRANTS Plaintiff's request to vacate all pending deadlines.  The parties shall file a joint stipulation for dismissal or joint status report by September 28, 2012.

**IT IS SO ORDERED.**

Dated: August 24, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge