UNITED STATES DISTRICT COURT

Northern District of California

JENNIFER SMITH,

                Plaintiff,

  v.

DIVERSIFIED COLLECTION SERVICES, INC.,

                Defendant.
_____/

No. C12-1751 MEJ

**ORDER RE: STATUS**

On August 24, 2012, Plaintiff Jennifer Smith filed a Notice of Settlement and request to vacate all pending deadlines. Good cause appearing, the Court granted Plaintiff's request and ordered the parties to file a joint stipulation for dismissal or joint status report by September 28, 2012. As neither has been filed, the Court again ORDERS the parties to file a joint status report or dismissal by October 17, 2012. Failure to comply with this Order may result in the imposition of sanctions.

    **IT IS SO ORDERED.**

Dated: October 3, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge