1  DAVID I. DALBY (SBN: 114750)
   ddalby@hinshawlaw.com
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, CA 94111
   Telephone:   415-362-6000
4  Facsimile:   415-834-9070

5  Attorneys for Defendant
   DIVERSIFIED COLLECTION
6  SERVICES, INC.

**GRANTED** — Judge Maria-Elena James

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER SMITH, | Case No.: C12-01751 MEJ |
| Plaintiff, | JOINT STATUS REPORT |
| vs. | Hon. Maria-Elena James |
| DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive, | |
| Defendants. | |

Pursuant to the Court's Order of October 3, 2011, the parties submit this Joint Status Report.

A General Release has been executed by plaintiff Jennifer Smith and defendant Diversified Collection Services, Inc. is processing the settlement payment, which is expected to be delivered to plaintiff's counsel by Friday, October 19, 2012. A stipulation for dismissal will be filed upon plaintiff's counsel receipt of the settlement payment.

The parties request that a further compliance hearing be scheduled for October 31, 2012.

///

1   RESPECTFULLY SUBMITTED,

2

3   Dated: October 11, 2012                HINSHAW & CULBERTSON LLP

4

5                                          /s/*David Ian Dalby*
                                           Attorneys for Defendant Diversified Collections
6                                          Services, Inc.

7   Dated: October 11, 2012                PRICE LAW GROUP, APC

8

9                                          /s/ *G. Thomas Martin, III*
                                           Attorneys for Plaintiff Jennifer Smith
10

11  The parties shall file a joint status report or stipulation for dismissal by November 1, 2012.

12  Dated: October 11, 2012



2
JOINT STATUS REPORT RE SETTLEMENT AND DISMISSAL, CASE NO.  C12-01751 MEJ
3198166v1 0934994