G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
JENNIFER SMITH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SMITH<br><br>Plaintiff,<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive.<br><br>Defendants. | Case No.: 3:12-cv-01751-MEJ<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff JENNIFER SMITH against Defendant DIVERSIFIED COLLECTION SERVICES, INC. are dismissed, with prejudice.  Plaintiff JENNIFER SMITH and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

Date:___November 1, 2012___      _____
                                  JUDGE, United States District Court
                                  Northern District

*[Signature and seal: Judge Maria-Elena James, United States District Court, Northern District of California]*

[PROPOSED] ORDER OF DISMISSAL

1
2  DISTRIBUTION TO:
3
4  | G. Thomas Martin, III, Esq. | David Ian Dalby, Esq. |
   | tom@plglawfirm.com | ddalby@hinshawlaw.com |
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25