G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff,
JENNIFER SMITH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SMITH | Case No.: 3:12-cv-01751-MEJ |
| Plaintiff, | ~~[PROPOSED]~~ ORDER OF DISMISSAL WITH PREJUDICE |
| DIVERSIFIED COLLECTION SERVICES, INC.; DOES 1 – 10, inclusive. | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff JENNIFER SMITH against Defendant DIVERSIFIED COLLECTION SERVICES, INC. are dismissed, with prejudice.  Plaintiff JENNIFER SMITH and Defendant DIVERSIFIED COLLECTION SERVICES, INC. shall each bear their own costs and attorneys' fees.

Date:  November 1, 2012

JUDGE, United States District
Northern District

Judge Maria-Elena James

1

2  DISTRIBUTION TO:

3

| G. Thomas Martin, III, Esq. | David Ian Dalby, Esq. |
| tom@plglawfirm.com | ddalby@hinshawlaw.com |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25